# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| METROPOLITAN CONGREGATIONS UNITED FOR ST. LOUIS and MISSOURI COALITION FOR THE ENVIRONMENT,<br><br>*Petitioners*,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No: 26-1043 |

## PETITION FOR REVIEW

Pursuant to Clean Air Act Section 307(b)(1), 42 U.S.C. § 7607(b)(1), Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15, Metropolitan Congregations United for St. Louis and Missouri Coalition for the Environment hereby petition the Court for review of the final agency action taken by Respondents U.S. Environmental Protection Agency and Lee Zeldin, Administrator, U.S. Environmental Protection Agency, entitled *Recission of the Greenhouse Gas Endangerment Finding and Motor Vehicle Greenhouse Gas Emission Standards Under the Clean Air Act* and published in the Federal Register

1

at 91 Fed. Reg. 7686 (February 18, 2026). A copy of the final rule is attached to this petition.

Respectfully Submitted,

<u>/s/ Bruce A. Morrison)</u>
Bruce A. Morrison (Bar No. 66656)
Great Rivers Environmental Law Center
4625 Lindell Blvd, Suites 200 and 300
St. Louis, MO 63108
(314) 231-4181
bamorrison@greatriverslaw.org
*Counsel for Petitioners*

Dated: February 26, 2026

**RULE 26.1 DISCLOSURE STATEMENT FOR PETITIONERS**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Petitioners make the following declarations:

Neither Metropolitan Congregations United for St. Louis nor Missouri Coalition for the Environment have a parent corporation, and no publicly held corporation has 10 percent or greater ownership in Metropolitan Congregations United for St. Louis or Missouri Coalition for the Environment.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 15(c), Circuit Rule 15(a), and 40 C.F.R. § 23.12(a), the undersigned hereby certifies that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and served the foregoing by certified mail, return receipt requested, on the following:

Lee Zeldin
Administrator
Office of the Administrator (1101A)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Correspondence Control Unit
Office of General Counsel - 2311
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Dated: 02/26/2026        /s/ Bruce A. Morrison